IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| vs. | ) | CR. NO. 2:11cr010-WHA-02 |
| CARK HAWKINS, JR. | ) | |

**ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #47), entered on May 27, 2011, and upon a review of the file in this case, the Recommendation is ADOPTED, and it is hereby

ORDERED that the Defendant's Motion to Suppress is DENIED.

DONE this 13th day of June, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE