IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:11cr010-WHA-02 |
| CARL HAWKINS, JR. ) | |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #49), entered on June 3, 2011, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that the Defendant's Motion to Sever (Doc. #33) is DENIED.

DONE this 20th day of June, 2011.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE